HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ANTONIO RANGEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  Cr. F 08-175 LJO |
| Plaintiff, | **STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| ANTONIO RANGEL, | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant. | Judge:  Honorable LAWRENCE J. O'NEILL |

Defendant, ANTONIO RANGEL, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.      On April 1, 2011, this Court sentenced Mr. Rangel to 120 months imprisonment;

3.      His total offense level was 33, his criminal history category was I, the resulting guideline range was 135 to 151 month, he qualified for safety valve treatment, and received a downward variance;

4.      The sentencing range applicable to Mr. Rangel was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.      Mr. Rangel's total offense level has been reduced from 33 to 31, and his amended guideline range is 108 to 135 months;

6.      Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Rangel's term of imprisonment to a total term of 108 months.

Respectfully submitted,

Dated:  May 27, 2015

BENJAMIN B. WAGNER
United States Attorney


*/s/ Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:  May 27, 2015

HEATHER E. WILLIAMS
Federal Defender


*/s/ David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
ANTONIO RANGEL

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Rangel is entitled to the benefit Amendment 782, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 108 to 135 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in April 2011 is reduced to a term of 108 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

1          Unless otherwise ordered, Mr. Rangel shall report to the United States Probation Office

2    within seventy-two hours after his release.

3

4    IT IS SO ORDERED.

5        Dated:   **May 28, 2015**                    **/s/ Lawrence J. O'Neill**
                                                   UNITED STATES DISTRICT JUDGE